1  DONALD F. ZIMMER, JR. (SBN 112279)
    *fzimmer@kslaw.com*
2  WILLIAM E. STEIMLE (SBN 203426)
    *wsteimle@kslaw.com*
3  **KING & SPALDING LLP**
   101 Second Street, Suite 2300
4  San Francisco, CA  94105
   Telephone:  +1 415 318 1200
5  Facsimile:   +1 415 318 1300

6  Attorneys for Defendants
   COLOPLAST CORP. AND COLOPLAST
7  MANUFACTURING US, LLC

8

9           **IN THE UNITED STATES DISTRICT COURT**

10          **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| COREY WESTGATE,<br><br>           Plaintiff,<br><br>     v.<br><br>COLOPLAST CORP., a Delaware Corporation; COLOPLAST A/S; COLOPLAST MANUFACTURING US, LLC, a Minnesota corporation; and DOES 1 through 10, inclusive,<br><br>           Defendants. | Case No.: 2:18-cv-03431-DSF-RAO<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Filed:         4/24/18<br>Complaint served:       5/30/18<br>Current response date:  6/20/18<br>New response date:      7/20/18<br><br>Judge:  Dale S. Fischer |

1
STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL
COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)

1  Plaintiffs COREY WESTGATE ("Plaintiff"), and Defendants COLOPLAST
2  CORP. and COLOPLAST MANUFACTURING US, LLC ("Defendants"),
3  through their respective counsel, hereby stipulate and agree pursuant to Local Civil
4  Rule 8-3 to extend the time for Defendants to answer, plead, or otherwise respond
5  to Plaintiffs' Complaint in this matter, as follows:
6  WHEREAS, Plaintiff commenced the above-titled action on April 24, 2018,
7  by filing her Complaint in the United States District Court, Central District of
8  California;
9  WHEREAS, Plaintiff served the Complaint on Defendants on May 30, 2018;
10  WHEREAS, absent this stipulated extension, pursuant to Rule 12(a)(1)(A)
11  of the Federal Rules of Civil Procedure ("FRCP"), Defendants must respond to
12  Plaintiff's Complaint by June 20, 2018;
13  WHEREAS, there presently is no discovery cut-off date, last day for hearing
14  motions, pretrial conference date, or trial date;
15  WHEREAS, there have been no prior extensions in the matter;
16  WHEREAS, the parties are meeting and conferring pursuant to Local Rule
17  7-3 concerning Defendants' planned motion to dismiss pursuant to FRCP 12(b)(6),
18  which discussion commenced on June 12, 2018. The parties request additional
19  time to evaluate the arguments and authorities in the hope of resolving some or all
20  of the issues that would be raised in this motion; and
21  WHEREAS, the parties have agreed to a thirty (30) day extension of time
22  for Defendants to answer, plead, or otherwise respond to Plaintiff's Complaint as
23  contemplated by Local Rule 8-3.
24  **BASED THEREON, THE PARTIES HEREBY STIPULATE AND**
25  **AGREE AS FOLLOWS:**
26  ///
27  ///
28  ///

1  Defendants shall answer, plead, or otherwise respond to Plaintiff's
2  Complaint no later than July 20, 2018.
3      **IT IS SO STIPULATED.**
4  DATED: June 14, 2018      **KIESEL LAW LLP**

By: /s/ Melanie Meneses Palmer
     Melanie Meneses Palmer

Attorney for Plaintiff

DATED: June 14, 2018      **KING & SPALDING LLP**

By: /s/ William E. Steimle
     Donald F. Zimmer, Jr.
     William E. Steimle

Attorneys for Defendants
COLOPLAST CORP. and
COLOPLAST MANUFACTURING
US, LLC

### Attestation Regarding Signatories

    I, William E. Steimle, attest that concurrence in the filing of this document has been obtained from each signatory whose ECF user ID and password are not being used in the electronic filing of this document.

DATED: June 14, 2018      **KING & SPALDING LLP**

By: /s/ William E. Steimle
     Donald F. Zimmer, Jr.
     William E. Steimle

Attorneys for Defendants
COLOPLAST CORP. AND
COLOPLAST MANUFACTURING
US, LLC

**CERTIFICATE OF SERVICE**

    The undersigned counsel for Defendants hereby certifies that a true and correct copy of the foregoing document was filed with the Court and served electronically through the CM-ECF (electronic case filing) system to all counsel of record to those registered to receive a Notice of Electronic Filing for this case on June 14, 2018.

    /s/ William E. Steimle
William E. Steimle

Attorney for Defendants
COLOPLAST CORP. AND
COLOPLAST MANUFACTURING
US, LLC