1  DONALD F. ZIMMER, JR. (SBN 112279)
     *fzimmer@kslaw.com*
2  WILLIAM E. STEIMLE (SBN 203426)
     *wsteimle@kslaw.com*
3  **KING & SPALDING LLP**
   101 Second Street, Suite 2300
4  San Francisco, CA  94105
   Telephone:  +1 415 318 1200
5  Facsimile:   +1 415 318 1300

6  Attorneys for Defendants
   COLOPLAST CORP. and COLOPLAST
7  MANUFACTURING US, LLC

8

9             **IN THE UNITED STATES DISTRICT COURT**

10            **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

11

| 12 | COREY WESTGATE, | Case No.: 2:18-cv-03431-DSF-RAO |
|---|---|---|
| 13 | Plaintiff, | **DECLARATION OF WILLIAM E. STEIMLE IN SUPPORT OF STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** |
| 14 | v. | |
| 15 | COLOPLAST CORP., a Delaware Corporation; COLOPLAST A/S; COLOPLAST MANUFACTURING US, LLC, a Minnesota corporation; and DOES 1 through 10, inclusive, | |
| 16 | | |
| 17 | | Complaint Filed:      4/24/2018<br>Complaint served:   5/30/2018<br>Current response date:  6/20/2018<br>New response date:     7/20/2018 |
| 18 | Defendants. | |
| 19 | | Judge:  Dale S. Fischer |
| 20 | | |

I am an attorney duly licensed to practice law before all courts of the State of California and the U.S. District Court for the Central District of California and am one of the attorneys of record for COLOPLAST CORP. and COLOPLAST MANUFACTURING US, LLC (collectively, Defendants).

1. Plaintiff served her Complaint on Defendants on May 30, 2018. As such, Defendants' deadline to answer, plead, or otherwise respond to the Complaint is currently June 20, 2018. Defendants have not previously requested any extension of this deadline to respond.

2. I contacted Mr. Kiesel, Ms. Zukin, and Ms. Palmer of Kiesel Law LLP, counsel for Plaintiff Corey Westgate, concerning Defendants' intent to move to dismiss certain causes of action from plaintiff's complaint pursuant to Rule 12 of the Federal Rules of Civil Procedure and to arrange a meet and confer as required by Local Rule 7-3. I also provided them with the arguments Defendants plan to make in the motion to dismiss and identified the principal authorities on which this motion would be based.

3. The parties were unavailable to conduct the meet and confer required by Local Rule 7-3 under the time constraints of that rule, but are working to schedule a mutually agreeable time for discussion, likely to occur next week. To allow time for further analysis of the authorities and arguments and a discussion of them at a time when both parties are available, the parties agreed to extend the deadline for Defendants to respond to the complaint by 30 days.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 14th day of June, 2018, in San Francisco, California.

/s/ William E. Steimle
William E. Steimle

# **CERTIFICATE OF SERVICE**

The undersigned counsel for Defendants hereby certifies that a true and correct copy of the foregoing document was filed with the Court and served electronically through the CM-ECF (electronic case filing) system to all counsel of record to those registered to receive a Notice of Electronic Filing for this case on June 14, 2018.

       /s/ William E. Steimle
      William E. Steimle

      Attorney for Defendants
      COLOPLAST CORP. AND
      COLOPLAST MANUFACTURING
      US, LLC