Melanie Meneses Palmer (SBN 286752)
KIESEL LAW LLP
8648 Wilshire Boulevard
Beverly Hills, CA 90211
Tel. (310) 854-4444
Fax (310) 854-0812
E-mail: palmer@kiesel.law

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| COREY WESTGATE | CASE NUMBER |
|---|---|
| Plaintiff(s) | CV 18-03431-DSF (RAOx) |
| v. | |
| COLOPLAST CORP., ET AL. | **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Smith, Michael B.
*Applicant's Name (Last Name, First Name & Middle Initial)*

404-419-9500                404-419-9501
*Telephone Number*           *Fax Number*

bsmith@cssfirm.com
*E-Mail Address*

of

Childers, Schlueter & Smith LLC
1932 North Druid Hills Road
Suite 100
Atlanta, GA 30319
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Corey Westgate

*Name(s) of Party(ies) Represent*     ✓ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Palmer, Melanie M.
*Designee's Name (Last Name, First Name & Middle Initial)*

286752              (310) 854-4444           (310) 854-0812
*Designee's Cal. Bar No.*  *Telephone Number*   *Fax Number*

palmer@kiesel.law
*E-Mail Address*

of

Kiesel Law LLP
8648 Wilshire Boulevard
Beverly Hills, CA 90211
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application:
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated: July 8, 2019**

*[signature: Dale S. Fischer]*

**U.S. District Judge**